**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FEB 19 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| YOGESHKUMAR PATEL, <br><br> Plaintiff-Appellant, <br><br> v. <br><br> TRACY RENAUD, in her official capacity, Senior Official Performing the Duties of the Director, U.S. Citizenship and Immigration Services, U.S. Department of Homeland Security[1]; et al., <br><br> Defendants-Appellees. | No.  19-17095 <br><br> D.C. No. 3:17-cv-00860-JD <br> Northern District of California, <br> San Francisco <br><br> ORDER |

The court is of the unanimous opinion that the facts and legal arguments are adequately presented in the briefs and record and the decisional process would not be significantly aided by oral argument. This case shall be submitted on the briefs and record, without oral argument, on March 10, 2021, in San Francisco, California. Fed. R. App. P. 34(a)(2).

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Omar Cubillos
Deputy Clerk
Ninth Circuit Rule 27-7

---

[1] On January 20, 2021, Tracy Renaud replaced Kenneth T. Cuccinelli, II as the temporary head of USCIS and was automatically substituted as a defendant. *See* Fed. R. App. P. 43(c). Other defendants have been similarly substituted.